UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTY INSURANCE CORPORATION, et al.,

      Plaintiffs,                                        Civil Action No. 22-11813

v                                                        HON. MARK A. GOLDSMITH

ADVANCE CHIROPRACTIC PLLC, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal. The case is now closed.

SO ORDERED.

Dated: June 9, 2023                                    s/Mark A. Goldsmith
   Detroit, Michigan                           MARK A. GOLDSMITH
                                                   United States District Judge